

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00731-CR

Loretta **STRACHE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 370016
Honorable Genie Wright, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 29, 2013.

_____
Karen Angelini, Justice